UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOHN E. REARDON,

    Plaintiff,

    v.

VINCENT SEGAL, et al.,

    Defendants.

CIVIL NO. 15-244(NLH/JS)

**MEMORANDUM OPINION & ORDER**

Appearances:

JOHN E. REARDON
1 JOANS LANE
BERLIN, NJ 08009
    *Pro Se Plaintiff*

BENJAMIN HENRY ZIEMAN
STATE OF NEW JERSEY
OFFICE OF THE ATTORNEY GENERAL
DIVISION OF LAW
25 MARKET STREET
P.O. BOX 116
TRENTON, NJ 08625
    *Attorney for Defendants*

**HILLMAN, District Judge**

    This matter has come before the Court on Plaintiff's motion for recusal and for default judgment [59]; and

    Plaintiff requests this Court's recusal in this matter because the Court has deliberately denied his request for default judgment against the defendants; and

    On March 21, 2016 and August 11, 2016, the Court denied Plaintiff's motions for default judgment because he by-passed the first step in the default judgment process, which is to first

obtain a Clerk's entry of default, see Docket No. 42, 51 and Federal Civil Procedure Rule 55; and

To date, Plaintiff has still not obtained a Clerk's entry of default as to any defendant, which precludes this Court from considering an application by Plaintiff for default judgment; and

Under 28 U.S.C. § 455(a), "any justice, judge or magistrate [judge] of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned," and this section requires judicial recusal "if a reasonable person, knowing all the circumstances, would expect that the judge would have actual knowledge" of his interest or bias in a case, Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847, 860 (1988); In re Kensington Intern. Ltd., 368 F.3d 289, 301 (3d Cir. 2004); and

The Court finding that Plaintiff's basis for recusal has no merit;

Therefore,

IT IS on this   25th   day of  April  , 2017

ORDERED that Plaintiff's motion for recusal and the entry of default judgment [59] be, the same hereby is, DENIED.

At Camden, New Jersey

 s/ Noel L. Hillman 
NOEL L. HILLMAN, U.S.D.J.