IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN E REARDON, <br><br> Plaintiff, <br><br> v. <br><br> VINCENT SEGAL, et al., <br><br> Defendants. | HONORABLE JEROME B. SIMANDLE <br><br> Civil Action <br> 15-244 (JBS-JS) <br><br> **ORDER** |

Whereas, on September 6, 2018, the Court dismissed the Complaint in this matter pursuant to Federal Rule of Civil Procedure 4(m) [Docket Items 90 & 91] and the Clerk of Court closed this case upon the docket, while on September 7, 2018, the Clerk of Court received by mail a motion for entry of Default by Plaintiff John E. Reardon [Docket Item 92] that had been dated September 4, 2018 [see Docket Item 92-1 at p.1]; the Court again finding that Plaintiff has not made personal service of the summons and Complaint upon any Defendant in the manner required by the applicable rules, and that no Defendant is in default, as previously spelled out to Mr. Reardon in detail in this Court's Order of June 27, 2018 [Docket Item 78]; and for good cause shown;

IT IS this **7th** day of **September**, **2018** hereby

**ORDERED** that Clerk of Court shall **REOPEN** the case upon the docket; and it is further

**ORDERED** that Plaintiff's motion for entry of Default [Docket Item 92] shall be, and hereby is, **DENIED**; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** the case upon the docket.

                                      **s/ Jerome B. Simandle**
                                      JEROME B. SIMANDLE
                                      U.S. District Judge